UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CHRISTINE CUMMINGS,

    Plaintiff,

v.                                          Case No. 6:19-cv-2010-Orl-37GJK

MNR RAMY, INC; MNR CONVENIENCE, INC.; and MOUNA RAMY,

    Defendants.

## ORDER

Plaintiff moved for sanctions, including the entry of a default judgment against Defendants, and for reasonable costs including attorney's fees, on June 6, 2020 and again a month later. (Doc. 27, 28 (collectively, "**Sanctions Motions**").) She alleged Defendants failed to comply with the Court's order to compel (Doc. 26) and refused to provide complete responses to her discovery requests. (*See* Docs. 27–28.) Defendants failed to respond to either motion. (*See* Doc. 29, pp. 2–3.) On referral, U.S. Magistrate Judge Gregory J. Kelly recommends granting the Sanctions Motions. (Doc. 29 ("**R&R**").) Judge Kelly acknowledged that default judgment is "the harshest sanction and should only be used as a last resort," but found no less sanction was appropriate because "Defendants' actions demonstrate a willful disregard for their discovery obligations and this Court's Order." (Doc. 29, pp. 3–4 (citing *Malautea v. Suzuki Motor Co.*, 987 F.3d 1536, 1542 (11th Cir. 1993).)

The parties did not object to the R&R, and the time for doing so has now passed. As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety. So Plaintiff is entitled to a default judgment against Defendants. (*See* Doc. 29.) But there has been no finding as to damages, however, so the Court refers this matter back to Judge Kelly to determine appropriate relief.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Gregory J. Kelly's Report and Recommendation (Doc. 29) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. Plaintiff's Motion for Sanctions (Doc. 27) is **GRANTED.**

3. Plaintiff's Second Motion for Sanctions (Doc. 28) is **GRANTED.**

4. This matter is **REFERRED** to U.S. Magistrate Judge Gregory J. Kelly for a determination of the amount of Plaintiff's damages and reasonable expenses, including attorney's fees.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 24, 2020.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record